

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00531-CV

George Jeff **ZACHERY**, III,
Appellant

v.

Angela L. **ZACHERY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-390
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA,
AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

Costs of this appeal are taxed against appellant.

SIGNED August 20, 2025.

_____
Lori Massey Brissette, Justice